FILED
CHARLOTTE, NC

APR 04 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
### for the
### Western District of NorthCaolina

_____ Division

| | |
|---|---|
| **Kendrick Prather** <br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br><br> -v- <br><br> **Department Of Correction** <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names. Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. **1:25-cv-99-MR**
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Kendrick Chazz Prather

All other names by which
you have been known:   None

ID Number

Current Institution    Scotland

Address    22385 McGirts Bridge Rd

Laurinburg        N.C.        28353
City        State        Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name    Department Of Correction

Job or Title (if known)

Shield Number

Employer    D.O.C

Address

City        State        Zip Code

☐ Individual capacity     ☑ Official capacity

Defendant No. 2
Name    Department Of Correction

Job or Title (if known)

Shield Number

Employer

Address    D.O.C

City        State        Zip Code

☐ Individual capacity     ☑ Official capacity

Defendant No. 3
    Name      *None*
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name      *None*
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Im currently in (Doc) Department of Correction and my Release Date is wrong I need to get it Changed and im Seeking Compensation

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Im Suing a 1983 Claim

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*I am seeking Compensation from The Department of Correction in its Official Capacity for my Release Date being Wrong and False Imprisonment*

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*My Claim Arose in an institution*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*The Events giving Rise to my Claim started at Marion Correction where my Release Date was changed in the computer from where it should be*

# Request for Relief

That is the Date that I Seek Compensation from. Because the Court System Operates on a 30 day time Scale My Real Minimum Should be February 4th 2025. I am Seeking 300$ a day for my Compensation Starting from that date on my Minimum Because of the fact I could have made that Minimum as I made this one with good Behavior I need a Injunctive Relief. An Injunctive Relief means my rights has to be Protected and ANY Violation of my rights MUST Stop as Soon as it was made Known that my rights are being Violated. In this case it is being made known thru this Lawsuit around the time of the beginning of March. I am Requesting A Court Order be given to D.O.C Department of Correction to Stop Violating my Rights and change my Release Date to where it should

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Around August 2024

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I got locked up on January 19 2022 I was gave 37-46 months in the court of law in Lincolnton County and 20-24 months in Gaston County that was Ran Concurrent with Lincoln County. I was Convicted in Gaston County on December 8 2022 that 20-24 would not have changed my Release Date My Real Release Date should be February 2025 - November 2025 it Should be February because I got locked up on January, February would make 37 months.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

There has been Mental injury Due to the fact that I am doing Extra time and Also Family Damages for the time ive Spent from them

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My Release Date Should be Put Where it needs to be Between February 4 2025 - November 4 2025 and it needs to be Put on the Minimum in the Same Place that it is now and that means February 2025 when it gets changed. I am also seeking Compensation for each day Extra that I had to do starting from February 4 2025 → continue → Page

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Marion Correctional_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Marion Correctional

2. What did you claim in your grievance?

I Said My Release Date Was Wrong

3. What was the result, if any?

Department Of Corrections does not handle A "Release Date Problem" thru grievance they will tell you it must happen outside the Prison

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

A Paper was Sent to me saying they couldn't do Anything about it

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*I filed one*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed,
      when and how, and their response, if any:

*I told Every official whos here*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies.

*Please Look At the Attached information*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*None*

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _None_____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_None_____

3.  Docket or index number

_None_____

4.  Name of Judge assigned to your case

_None_____

5.  Approximate date of filing lawsuit

_None_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    _None_
Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ None _____

3.    Docket or index number
_____ None _____

4.    Name of Judge assigned to your case
_____ None _____

5.    Approximate date of filing lawsuit
_____ None _____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ None _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 12 2025

Signature of Plaintiff: Kendrick Prather
Printed Name of Plaintiff: Kendrick Chazz Prather
Prison Identification #: 1450394
Prison Address: Scotland Correction Institution
22385 McGirts Bridge Rd Laurinburg                NC 28353
                                    *City*          *State*   *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                                    *City*          *State*   *Zip Code*

Telephone Number: _____
E-mail Address: _____